IN THE DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARSHA GRASHER, Independent Administrator of the Estate of William Andy Patrich and Individually, and DALE GRASHER,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHERN ILLINOIS ENFORCEMENT GROUP, a voluntary association of local government bodies, BRIAN CLEMENTS, JOSEPH KOLLINS, BRIAN DICKMANN, MELVIN BROWN, RICHARD A. PISONI, MARK CAMERON, LANCE R. HINKLE, KEITH N. COX, MATTHEW W. HANNAN, KYLE RENSING, CHARLES TOLBERT, STEVE KERLEY, BRIAN HOLSAPPLE, WILLIAM L. HASTY, BRIAN WOOD, DARREN B. LINDSEY, DAVID FITTS and STEVEN SHIELDS, all in their individual capacities,<br><br>Defendants. | Case No. 09-cv-772-JPG |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the Notice of Dismissal (Doc. 47) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) filed by plaintiffs Marsha Grasher, as independent administrator of the Estate of William Andy Patrich and individually, and Dale Grasher.  Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order at any time before the opposing party serves an answer or a motion for summary judgment.  No defendant has served an answer or motion for summary judgment in this case.  Because the plaintiffs have an absolute right to dismiss this case at the present time, the Court finds that this action is **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.  The pending motion for an extension of time (Doc. 44) and motion to dismiss (Doc. 45) are rendered **MOOT** by this dismissal.

**IT IS SO ORDERED.**
Dated:  December 23, 2009

s/ J. Phil Gilbert
**DISTRICT JUDGE**