IN THE DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARSHA GRASHER, Independent Administrator of the Estate of William Andy Patrich and Individually, and DALE GRASHER,<br><br>          Plaintiffs,<br><br>     v.<br><br>SOUTHERN ILLINOIS ENFORCEMENT GROUP, a voluntary association of local government bodies, BRIAN CLEMENTS, JOSEPH KOLLINS, BRIAN DICKMANN, MELVIN BROWN, RICHARD A. PISONI, MARK CAMERON, LANCE R. HINKLE, KEITH N. COX, MATTHEW W. HANNAN, KYLE RENSING, CHARLES TOLBERT, STEVE KERLEY, BRIAN HOLSAPPLE, WILLIAM L. HASTY, BRIAN WOOD, DARREN B. LINDSEY, DAVID FITTS and STEVEN SHIELDS, all in their individual capacities,<br><br>          Defendants. | Case No. 09-cv-772-JPG |

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

                              **NANCY J. ROSENSTENGEL, Clerk of Court**

                              **By:s/Deborah Agans, Deputy Clerk**

**Dated:  December 23, 2009**


     **Approved:**     s/ J. Phil Gilbert          
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**